**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNCTION GETAWAY, LLC, <br><br>    Plaintiff, <br>   v. <br> F&S SILVERLAKE, LLC and DOES 1–20, <br><br>    Defendants. | Case No. 2:13-cv-05434-ODW(PLAx) <br><br> **ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |
| F&S SILVERLAKE, LLC, <br><br>    Counterclaimant, <br>   v. <br> JUNCTION GETAWAY, LLC, <br><br>    Counterdefendant. | |

　　Having reviewed Defendant F&S Silverlake, LLC's Notice of Removal (ECF No. 1), the Court finds that F&S Silverlake has failed to establish the diversity-jurisdiction requirements and accordingly **REMANDS** this case.

　　Federal courts are courts of limited jurisdiction, having subject-matter jurisdiction only over matters authorized by the Constitution and Congress. U.S. Const. art. III, § 2, cl. 1; *e.g.*, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). A suit filed in state court may be removed to federal court if the federal court would have had original jurisdiction over the suit. 28 U.S.C. § 1441(a).

1  But courts strictly construe the removal statute against removal jurisdiction, and
2  "[f]ederal jurisdiction must be rejected if there is any doubt as to the right of removal
3  in the first instance." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). The
4  party seeking removal bears the burden of establishing federal jurisdiction. *Durham v.*
5  *Lockheed Martin Corp.*, 445 F.3d 1247, 1252 (9th Cir. 2006) (citing *Gaus*, 980 F.2d at
6  566).

7  Federal courts have original jurisdiction where an action presents a federal
8  question under 28 U.S.C. § 1331 or diversity of citizenship under 28 U.S.C. § 1332.
9  To exercise diversity jurisdiction, a federal court must find complete diversity of
10 citizenship among the adverse parties, and the amount in controversy must exceed
11 $75,000, usually exclusive of interest and costs. 28 U.S.C. § 1332(a). A limited-
12 liability company is citizen of every state in which its members are citizens. *Johnson*
13 *v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

14 In its Notice of Removal, Defendant F&S Silverlake, LLC attempts to invoke
15 this Court's diversity jurisdiction. (Not. of Removal ¶ 3.) But F&S Silverlake has not
16 alleged the citizenship of each of its members. Indeed, F&S Silverlake only alleges
17 that "Defendant is a Delaware limited liability company with its principal place of
18 business in Bingham Farms, Michigan." (*Id.* ¶ 5(b).) Defendant misapplies corporate
19 citizenship requirements to its own business form as a limited-liability company.

20 The Court therefore finds that it lacks jurisdiction over this case and
21 **REMANDS** this case to the Los Angeles County Superior Court, case number
22 BC512811.

23 **IT IS SO ORDERED.**

25 August 23, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**